No. 10215. Petition of JOHN J. TOMICH.

Decided September 1, 1961.

365 P.2d 950.

John J. Tomich, pro se.

PER CURIAM.

Original proceeding. John J. Tomich, an inmate of the Montana State Prison, appearing pro se, petitions this Court for a writ of mandate.

Petitioner's unverified petition contends that he filed a petition for writ of habeas corpus in the District Court of Powell

County and that no action has been taken thereon by said Court and he feels ample time has elapsed for consideration.

There being no accompanying exhibits disclosing the grounds asserted before the District Court for the issuance of a writ of habeas corpus it is not possible to determine whether any merit exists in the petition. Section 94-101-4, R.C.M.1947, provides that any court or judge must grant the writ without delay, *if it appears that it ought to issue.*

Basically to secure the aid of this Court through mandamus petitioner must establish a clear legal right to have the writ of habeas corpus issue and absent such a showing his petition for a writ of mandamus has no merit.

For these reasons the relief requested is denied and the action ordered dismissed.